ACCEPTED
15-25-00064-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/2/2025 4:48 PM
CHRISTOPHER A. PRINE
CLERK



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
(512) 936-1914
12/2/2025 4:48:53 PM
CHRISTOPHER A. PRINE
Clerk

BETH KLUSMANN
Assistant Solicitor General

Beth.Klusmann@oag.texas.gov

December 2, 2025

**Via Electronic Filing**

Mr. Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals

    **Re:**    No. 15-25-00064-CV; *Texas State Board of Social Worker Examiners, et al. v. Katherin Youniacutt and Tammy Thompson*

Dear Mr. Prine:

    In accordance with the Court's letters of November 13 and 17, I write to notify the Court that I will be representing Appellants at oral argument, which the Court has set for December 18. I intend to reserve five minutes for rebuttal.

            Respectfully submitted.

            /s/ Beth Klusmann

            Beth Klusmann
            Assistant Solicitor General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victor Hernandez on behalf of Beth Klusmann
Bar No. 24036918
victor.hernandez@oag.texas.gov
Envelope ID: 108634714
Filing Code Description: Letter
Filing Description: 20251202 Youniacutt Oral Argument Letter
Status as of 12/3/2025 7:04 AM CST

Associated Case Party: Katherin Youniacutt and Tammy Thompson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Arif Panju | 24070380 | apanju@ij.org | 12/2/2025 4:48:53 PM | SENT |
| James T. Knight II | | jknight@ij.org | 12/2/2025 4:48:53 PM | SENT |

Associated Case Party: Texas State Board of Social Workers Examiners, et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Ramsey | 24051227 | John.Ramsey@oag.texas.gov | 12/2/2025 4:48:53 PM | SENT |
| Beth Klusmann | | beth.klusmann@oag.texas.gov | 12/2/2025 4:48:53 PM | SENT |
| Ali Thorburn | 24125064 | ali.thorburn@oag.texas.gov | 12/2/2025 4:48:53 PM | SENT |
| Eric Abels | | Eric.Abels@oag.texas.gov | 12/2/2025 4:48:53 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 12/2/2025 4:48:53 PM | SENT |
| Andrew Ward | | andrew.ward@ij.org | 12/2/2025 4:48:53 PM | SENT |
| Ashlynn Acosta | | aacosta@ij.org | 12/2/2025 4:48:53 PM | SENT |
| Claire Purple | | cpurple@ij.org | 12/2/2025 4:48:53 PM | SENT |
| Victor Hernandez | | victor.hernandez@oag.texas.gov | 12/2/2025 4:48:53 PM | SENT |